UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cr-190-MOC-DSC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| RAYMOND GARFIELD MARTIN, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on an Unopposed Sealed Motion to Continue Sentencing filed by Defendant. (#17). Having considered the matter and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Continue Sentencing (#17) is **GRANTED,** and the Clerk of Court is instructed to place this matter on the next appropriate sentencing calendar, but not before May 2020.

Signed: February 7, 2020

Max O. Cogburn Jr.
United States District Judge