# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:19-cr-190-MOC-DSC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| RAYMOND GARFIELD MARTIN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on an Unopposed Motion to Continue Sentencing filed by Defendant. (#21). Having considered the matter and reviewed the pleadings, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Continue Sentencing (#21) is **GRANTED,** and the Clerk of Court is instructed to place this matter on the next appropriate sentencing calendar after August 1, 2020.

Signed: May 6, 2020

Max O. Cogburn Jr
United States District Judge