# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO: 3:19-CR-00190-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) **ORDER** |
| RAYMOND GARFIELD MARTIN, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Defendant's Unopposed Motion to Continue Sentencing. See Doc. No. 24. Having considered the motion, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion to Continue Sentencing, Doc. No. 24, is **GRANTED** for good cause shown. The Clerk of Court is instructed to place this matter on the next appropriate sentencing calendar.

Signed: August 6, 2020

Max O. Cogburn Jr.
United States District Judge